IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED


ROBERT STANLEY COOPER,

      Appellant,

 v.

Case No.  5D22-2230
LT Case Nos. 2022-304672-MMDB
2022-307874-MMDB
2022-305738-MMDB
2022-305749-MMDB


STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed May 26, 2023

Appeal from the County Court
for Volusia County,
Bryan A. Feigenbaum, Judge.

Matthew J. Metz, Public Defender,
and Nancy Ryan, Assistant Public
Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Kaylee D. Tatman,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

We affirm this *Anders*[1] appeal, except regarding two matters, as to four cases in which Appellant pled open to the court.   First, investigative costs of $50 payable to the Daytona Beach Shores Police Department were assessed against Appellant in three of the four cases, despite the fact that there was apparently no request for same.[2]  *See Richards v. State*, 288 So. 3d 574, 576 (Fla. 2020).  We reverse and remand for entry of amended orders that do not include investigative costs.  Second, as to Case No. 2022-304672-MM, the court failed to identify what conditions Appellant had violated that led to revocation of probation.  *See Hollis v. State*, 277 So. 3d 1099 (Fla. 5th DCA 2019) (citing *Patt v. State*, 876 So. 2d 1278, 1278 (Fla. 5th DCA 2004)).  We reverse and remand for entry of an amended order identifying the condition(s) the court found Appellant violated in that case.

We affirm as to all other matters.

AFFIRMED IN PART, REVERSED IN PART, REMANDED WITH INSTRUCTIONS.

LAMBERT, C.J., EDWARDS and PRATT, JJ., concur.

---

[1] *Anders v. California,* 386 U.S. 738 (1967).

[2] Investigative costs were not assessed in Case No. 2022-304672-MM.

2